UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KATHRYN FRANK,

    Plaintiff,

v.                                                                 Case No.: 5:25-cv-635-JEP-PRL

LISA MARIA SCHICK,

    Defendants.

                                        /

## ORDER

**THIS CAUSE** is before this Court on *sua sponte* review. The parties scheduled mediation on July 30, 2026, (Doc. 17 at 1), and a mediation report was due within seven days, (Doc. 16 at 3); M.D. Fla. R. 4.03(f). To date, no report has been filed. Therefore, it is **ORDERED** that the parties shall file a joint report informing this Court of the outcome of the mediation on or before **August 13, 2026**.

**DONE** and **ORDERED** in Jacksonville, Florida on August 10, 2026.

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record